UNCLAIMED FUNDS



JUNE 8, 2010

05-60664    DANIEL GIBSON
            JUDITH GIBSON
            CREDITOR DID NOT CASH CHECK
            CHECK #433648 FOR $89.32
            BANK ONE CARD SERVICE
            RECOVERY DEPT.
            PO BOX 100018
            KENNESAW, GA  30156-9204

```
                                            0 • *

                                           89 • 32 +

                                           89 • 32 *
```